Union Community Bank
P.O. Box 0567
Mount Joy PA 17552