IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEANE J. AND TRACY A. PORTNER,   : Chapter 13
                   debtor   : Case No. 17-16135

## CERTIFICATE OF SERVICE

I, John A. DiGiamberardino, Esquire, attorney for debtors, certify that I served a true and correct copy of Notice of Bankruptcy Filing upon the following additional creditor at the address listed below, by first class mail, on September 22, 2017:

Union Community Bank
P.O. Box 0567
Mount Joy PA 17552

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire