IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEANE J. AND TRACY A. PORTNER,         : Chapter 13
            debtor                                                  : Case No. 17-16135

## CERTIFICATE OF SERVICE

      I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's Chapter 13 Plan filed September 22, 2017 upon the following by electronic means on September 22, 2017:

WILLIAM C. MILLER, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor LakeView Loan Servicing, LLC
bkgroup@kmllawgroup.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

and upon the following at the addresses listed below, by first class mail, on September 26, 2017:

Deane and Tracy Portner
25 Essex St.
Marietta, PA  17547

and upon the following at the addresses listed below, by first class mail, on September 28, 2017:

M & T Bank
1 Fountain Plaza
Buffalo NY 14203

Lakeview Loan Servicing, LLC
4425 Ponce De Leon Blvd.
Coral Gables, FL 33146

M & T Bank
P.O. Box 1288
Buffalo, NY 14240-1288

Scott M. Rothman, Esquire
Curley & Rothman, LLC
Spring Mill Corporate Center
1100 E. Hector St., Ste. 425
Conshohocken, PA 19428

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Hayt, Hayt & Landau
123 South Broad Street, Suite 1660
Philadelphia PA 19109

Union Community Bank
P.O. Box 0567
Mount Joy PA 17552

                        **CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Road, Ste. 101
        Wyomissing, PA  19610
        (610) 372-9900
        (610) 372-5469 -f ax
        Attorney for Debtor