UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DEANE J. PORTER : 
      TRACY A. PORTER, : Chapter 7
                                 :
             Debtors : Bky. No. 17-16135ELF

## NOTICE TO CLERK REGARDING MEDIATION ASSIGNMENT

Pursuant to Local Bankruptcy Rule 9019-2, I hereby notify the Clerk of the Bankruptcy Court that:

    __X__    **I accept the mediation assignment**

    _____    **I decline the mediation assignment.**

Date Jan. 10, 2018

**HOWARD GERSHMAN**
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422