United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deane J. Portner  
Tracy A. Portner  
    Debtors

Case No. 17-16135-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jun 07, 2018  
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.  
db/jdb        +Deane J. Portner,    Tracy A. Portner,    25 Essex Street,    Marietta, PA 17547-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:

        HOWARD GERSHMAN    on behalf of Mediator    Howard Gershman, Esquire hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor Deane J. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com  
        JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Tracy A. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com  
        JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Tracy A. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com  
        JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Deane J. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
        SCOTT M. ROTHMAN    on behalf of Defendant    Lakeview Loan Servicing, LLC srothman@halcur.com  
        THOMAS I. PULEO    on behalf of Creditor    LakeView Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                     TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Deane J. Portner and Tracy A. Portner
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−16135−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 5, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                           Eric L. Frank
                                           Judge ,
                                           United States Bankruptcy Court

                                                                         30
                                                                   Form 155