IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEANE J. AND TRACY A. PORTNER,  : Chapter 13
          debtor  : Case No. 17-16135

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is **ORDERED** that the Application is **GRANTED** and that compensation of **$3,358.44** and reimbursement of expenses of **$641.56** are **ALLOWED** as an administrative expense and may be paid by the chapter 13 trustee to the extent provided for in the confirmed plan.

Date:  8/10/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**