United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16135-elf
Deane J. Portner                                                        Chapter 13
Tracy A. Portner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi       Page 1 of 1            Date Rcvd: Aug 10, 2018
                         Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
db/jdb         +Deane J. Portner,    Tracy A. Portner,    25 Essex Street,    Marietta, PA 17547-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
      HOWARD   GERSHMAN     on behalf of Mediator    Howard Gershman, Esquire hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Deane J. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
      JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Tracy A. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
      JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Tracy A. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
      JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Deane J. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      SCOTT M. ROTHMAN    on behalf of Defendant    Lakeview Loan Servicing, LLC srothman@halcur.com
      THOMAS I. PULEO    on behalf of Creditor    LakeView Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEANE J. AND TRACY A. PORTNER,   : Chapter 13
            debtor                                    : Case No. 17-16135

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is

**ORDERED** that the  Application is **GRANTED** and that compensation of **$3,358.44** and reimbursement of expenses of **$641.56** are **ALLOWED** as an administrative expense and may be paid by the chapter 13 trustee to the extent provided for in the confirmed plan.

Date:  8/10/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**