United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16135-elf
Deane J. Portner                                                Chapter 13
Tracy A. Portner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Feb 03, 2020
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
db/jdb          +Deane J. Portner,   Tracy A. Portner,   25 Essex Street,   Marietta, PA 17547-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
        HOWARD GERSHMAN    on behalf of Mediator    Howard Gershman, Esquire hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor Deane J. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
        JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Tracy A. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
        JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Tracy A. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
        JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Deane J. Portner jad@cdllawoffice.com, dmk@cdllawoffice.com
        REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        SCOTT M. ROTHMAN    on behalf of Defendant    Lakeview Loan Servicing, LLC srothman@halcur.com
        THOMAS I. PULEO    on behalf of Creditor    LakeView Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tracy A. Portner<br>  Deane J. Portner<br>            Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>            Movant<br>vs.<br>Tracy A. Portner<br>Deane J. Portner<br>            Debtor(s) | NO. 17-16135 ELF |
| William C. Miller Esq.<br>            Trustee | 11 U.S.C. Section 362 |

**MOTION OF Lakeview Loan Servicing, LLC**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362**

1. Movant is Lakeview Loan Servicing, LLC.

2. Debtor(s) is/are the owner(s) of the premises 25 Essex Street, Marietta, PA 17547, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $108,262.00 on the mortgaged premises that was executed on January 13, 2009. Said mortgage was recorded on January 22, 2009 at Document ID Number 5756335 The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on February 19, 2015, at Instrument Number 6188824 in Lancaster County.

4. William C. Miller Esq., is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $782.98 for the months of November 2019 through January 2020. The debtor's suspense balance is $204.55.

7. The total amount necessary to reinstate the loan post-petition is $2,144.39.

8. Debtor is currently delinquent in plan payments to the Chapter 13 Trustee in the amount of $450.00.

9. Movant is entitled to relief from stay for cause.

10. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant