Certificate Number: 13858-PAE-DE-035211621

Bankruptcy Case Number: 17-16135



13858-PAE-DE-035211621

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2020, at 12:54 o'clock PM EST, Deane J. Portner completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 28, 2020          By:   /s/Wendel Ruegsegger

                                   Name: Wendel Ruegsegger

                                   Title: Counselor