Certificate Number: 13858-PAE-DE-035211622

Bankruptcy Case Number: 17-16135



13858-PAE-DE-035211622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2020, at 12:54 o'clock PM EST, Tracy A. Portner completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 28, 2020        By:   /s/Wendel Ruegsegger

                                Name: Wendel Ruegsegger

                                Title: Counselor