IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DEANE J. AND TRACY A. PORTNER,                    : Chapter 13
                    debtor                                    : Case No. 17-16135

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

( X ) I owed no domestic support obligation when I filed my bankruptcy petition, and I
have not been required to pay any such obligation since then.

( ) I am or have been required to pay a domestic support obligation. I have paid all
such amounts that my chapter 13 plan required me to pay. I have also paid all such
amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____
My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

(X  ) I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1)
in property that I or a dependent of mine uses as a residence, claims as a homestead, or
acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in
value in the aggregate.

( ) I have claimed an exemption in property pursuant to § 522(b)(3) and state or local
law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or
acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in
value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

_____          _____
Date                                              Debtor

_____          _____
Date                                              Debtor