United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-16135-elf |
|---|---|
| Deane J. Portner | Chapter 13 |
| Tracy A. Portner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Deane J. Portner, Tracy A. Portner, 25 Essex Street, Marietta, PA 17547-1105 |
| 13981000 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 13981001 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P O Box 982238, El Paso, TX 79998 |
| 14039153 | | CACH, LLC its successors and assigns as assignee, of SLM Education Credit Finance, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028495 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13990847 | + | John A. DiGiamberardino, Esq., Case & DiGiamberardino, P.C., 845 North Park Road, Suite 101, Wyomissing, PA 19610-1342 |
| 13981007 | + | Kohls/Capital One, P.O. Box 21887, Eagan, MN 55121-0887 |
| 13981008 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., Coral Gables, FL 33146-1873 |
| 13987994 | + | Lakeview Loan Srving LLC, c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14023242 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13981015 | + | Powell Inc., 1 Fisher Street, Halifax, PA 17032-8845 |
| 13981016 | + | Scott M. Rothman, Esquire, Curley & Rothman, LLC, Spring Mill Corporate Center, 1100 E. Hector St., Ste. 425, Conshohocken, PA 19428-2353 |
| 13988447 | + | Union Community Bank, P.O. Box 0567, Mount Joy PA 17552-0567 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13981003 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:13 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14009987 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13981004 | + | Email/Text: csd1clientservices@cboflanc.com | Apr 17 2021 03:36:00 | Credit Bureau of Lancaster, 218 West Orange St., Lancaster, PA 17603-3746 |

Case 17-16135-elf    Doc 56    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13981006 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14012824 | + | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 13981009 | | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 13981010 | | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | M & T Bank, P.O. Box 840, Buffalo, NY 14240-0116 |
| 14039169 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2021 03:50:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13981011 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2021 04:09:26 | Merrick Bank Corp., P O Box 9201, Old Bethpage, NY 11804-9001 |
| 13981012 | + | Email/Text: Bankruptcies@nragroup.com | Apr 17 2021 03:37:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13981014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:10:47 | Portfolio Recovery Assoc., 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 14000776 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:01:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13981189 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 04:10:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13981017 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:46 | SYNCB/JC Penney, P O Box 965007, Orlando, FL 32896-5007 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13981002 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, BankAmerica, P O Box 982238, El Paso, TX 79998 |
| 13981013 | *+ | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 13981005 | ##+ | Hayt, Hayt & Landau, 123 South Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 31 |

HOWARD GERSHMAN
    on behalf of Mediator Howard Gershman Esquire hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Tracy A. Portner jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Deane J. Portner jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Debtor Deane J. Portner jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Joint Debtor Tracy A. Portner jad@cdllawoffice.com  dmk@cdllawoffice.com

REBECCA ANN SOLARZ
    on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com

SCOTT M. ROTHMAN
    on behalf of Defendant Lakeview Loan Servicing LLC srothman@halcur.com

THOMAS I. PULEO
    on behalf of Creditor LakeView Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Deane J. Portner and Tracy A. Portner
       Debtor(s)                                        Bankruptcy No: 17−16135−elf
                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                                  For The Court
                                                                                               Timothy B. McGrath
                                                                                                 Clerk of Court

Dated: 4/16/21

                                                                                                                                         55 − 54
                                                                                                                                   Form 138_new